Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

CARVANA LLC
PO BOX 29002
PHOENIX, AZ 85038


EXHIBIT B

▼ DETACH HERE ▼

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

131553583

TxDMV

| Field | Value |
|---|---|
| VEHICLE IDENTIFICATION NUMBER | 1GKKVPKD3DJ138882 |
| YEAR MODEL | 2013 |
| MAKE OF VEHICLE | GMC |
| BODY STYLE | LL |
| TITLE/DOCUMENT NUMBER | 05025142721114527 |
| DATE TITLE ISSUED | 12/26/2016 |
| MODEL | |
| MFG CAPACITY IN TONS | |
| WEIGHT | 5000 |
| LICENSE NUMBER | JBS3703 |
| ODOMETER READING | 50016 |
| PREVIOUS OWNER | |
| REMARK(S) | ACTUAL MILEAGE |

OWNER
CARVANA LLC
JOHN VALENTINE III
1206 EAGLE TRL
COPPERAS COVE, TX 76522

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER                          1ST LIEN RELEASED _____ DATE _____
10/10/2016   CARVANA LLC
             PO BOX 29002
             PHOENIX, AZ 85038                                BY _____ AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER                          2ND LIEN RELEASED _____ DATE _____

                                                              BY _____ AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER                          3RD LIEN RELEASED _____ DATE _____

                                                              BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

SIGNATURE _____ DATE _____

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____

SIGNATURE _____ DATE _____

...ALTERATION OR MUTILATION.