**EXHIBIT C**

| Transaction Date | Transaction Event | Transaction Amount | Current Due Date | Amount Due | Partial Pay | Remaining Due | Principal | Interest | Late Fee | Per Diem | Days Between Payments | Next Due Date | Principal Outstanding | Receipt Number | Lot Number | Check Number | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2020 | Late Fee Assessment | (5.00) | 10/9/2019 | 507.00 | 472.00 | 35.00 | 0.00 | 0.00 | (5.00) | 6.62 | | 10/9/2019 | 15,638.85 | 0 | 0 | | 1/24/2020 |
| 12/15/2019 | Normal Payment–ONE TIME ACH PAYMENT | 507.00 | 9/9/2019 | 507.00 | 472.00 | 35.00 | 54.19 | 452.81 | 0.00 | 6.64 | 68 | 10/9/2019 | 15,638.85 | 19148427 | 10592 | | 12/15/2019 |
| 11/24/2019 | Late Fee Assessment | (5.00) | 9/9/2019 | 507.00 | 472.00 | 542.00 | 0.00 | 0.00 | (5.00) | 6.66 | | 9/9/2019 | 15,693.04 | 0 | 0 | | 11/24/2019 |
| 10/24/2019 | Late Fee Assessment | (5.00) | 9/9/2019 | 507.00 | 472.00 | 542.00 | 0.00 | 0.00 | (5.00) | 6.66 | | 9/9/2019 | 15,693.04 | 0 | 0 | | 10/24/2019 |
| 10/8/2019 | Normal Payment–ONE TIME ACH PAYMENT | 700.00 | 7/9/2019 | 507.00 | 472.00 | 542.00 | 466.86 | 233.14 | 0.00 | 6.66 | 34 | 9/9/2019 | 15,693.04 | 17889309 | 10592 | | 10/8/2019 |
| 9/24/2019 | Late Fee Assessment | (5.00) | 7/9/2019 | 507.00 | 279.00 | 228.00 | 0.00 | 0.00 | (5.00) | 6.86 | | 7/9/2019 | 16,159.90 | 0 | 0 | | 9/24/2019 |
| 9/4/2019 | Normal Payment–ONE TIME ACH PAYMENT | 700.00 | 6/9/2019 | 507.00 | 279.00 | 228.00 | 261.02 | 438.98 | 0.00 | 6.86 | 63 | 7/9/2019 | 16,159.90 | 17275408 | 10592 | | 9/4/2019 |
| 8/24/2019 | Late Fee Assessment | (5.00) | 6/9/2019 | 507.00 | 86.00 | 421.00 | 0.00 | 0.00 | (5.00) | 6.97 | | 6/9/2019 | 16,420.92 | 0 | 0 | | 8/24/2019 |
| 7/24/2019 | Late Fee Assessment | (5.00) | 6/9/2019 | 507.00 | 86.00 | 421.00 | 0.00 | 0.00 | (5.00) | 6.97 | | 6/9/2019 | 16,420.92 | 0 | 0 | | 7/24/2019 |
| 7/3/2019 | Normal Payment–ONE TIME ACH PAYMENT | 550.00 | 5/9/2019 | 507.00 | 86.00 | 421.00 | 357.77 | 192.23 | 0.00 | 6.97 | 27 | 6/9/2019 | 16,420.92 | 16208187 | 10592 | | 7/3/2019 |
| 6/24/2019 | Late Fee Assessment | (5.00) | 5/9/2019 | 507.00 | 43.00 | 464.00 | 0.00 | 0.00 | (5.00) | 7.12 | | 5/9/2019 | 16,778.69 | 0 | 0 | | 6/24/2019 |
| 6/6/2019 | Normal Payment–ONE TIME ACH PAYMENT | 550.00 | 4/9/2019 | 507.00 | 43.00 | 464.00 | 133.77 | 416.23 | 0.00 | 7.12 | 58 | 5/9/2019 | 16,778.69 | 15744834 | 10592 | | 6/6/2019 |
| 5/24/2019 | Late Fee Assessment | (5.00) | 4/9/2019 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 7.18 | | 4/9/2019 | 16,912.46 | 0 | 0 | | 5/24/2019 |
| 4/9/2019 | Normal Payment–ONE TIME ACH PAYMENT | 836.00 | 2/9/2019 | 507.00 | 0.00 | 507.00 | 561.48 | 259.52 | 15.00 | 7.18 | 35 | 4/9/2019 | 16,912.46 | 14794816 | 10592 | | 4/9/2019 |
| 3/24/2019 | Late Fee Assessment | (5.00) | 2/9/2019 | 507.00 | 193.00 | 314.00 | 0.00 | 0.00 | (5.00) | 7.41 | | 2/9/2019 | 17,473.94 | 0 | 0 | | 3/24/2019 |
| 3/5/2019 | Normal Payment–ONE TIME ACH PAYMENT | 700.00 | 1/9/2019 | 507.00 | 193.00 | 314.00 | 512.48 | 187.52 | 0.00 | 7.41 | 21 | 2/9/2019 | 17,473.94 | 14243789 | 10592 | | 3/5/2019 |
| 2/12/2019 | Normal Payment–ONE TIME ACH PAYMENT | 507.00 | 12/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 507.00 | 0.00 | 7.63 | 70 | 1/9/2019 | 17,986.42 | 13897291 | 10592 | | 2/12/2019 |
| 1/24/2019 | Late Fee Assessment | (5.00) | 12/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 7.63 | | 12/9/2018 | 17,986.42 | 0 | 0 | | 1/24/2019 |
| 12/24/2018 | Late Fee Assessment | (5.00) | 12/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 7.63 | | 12/9/2018 | 17,986.42 | 0 | 0 | | 12/24/2018 |
| 12/4/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 464.00 | 11/9/2018 | 507.00 | 0.00 | 507.00 | 378.28 | 85.72 | 0.00 | 7.63 | 11 | 12/9/2018 | 17,986.42 | 1555065 | 19992 | | 12/4/2018 |
| 11/23/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 550.00 | 10/9/2018 | 507.00 | 43.00 | 464.00 | 195.59 | 354.41 | 0.00 | 7.79 | 45 | 11/9/2018 | 18,364.70 | 1526027 | 19992 | | 11/23/2018 |
| 10/9/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 9/9/2018 | 507.00 | 0.00 | 507.00 | 251.57 | 255.43 | 5.00 | 7.88 | 32 | 10/9/2018 | 18,560.29 | 1406968 | 19992 | | 10/9/2018 |
| 9/24/2018 | Late Fee Assessment | (5.00) | 9/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 7.98 | | 9/9/2018 | 18,811.86 | 0 | 0 | | 9/24/2018 |
| 9/7/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 8/9/2018 | 507.00 | 0.00 | 507.00 | 248.19 | 258.81 | 5.00 | 7.98 | 32 | 9/9/2018 | 18,811.86 | 1328379 | 19992 | | 9/7/2018 |
| 8/24/2018 | Late Fee Assessment | (5.00) | 8/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.09 | | 8/9/2018 | 19,060.05 | 0 | 0 | | 8/24/2018 |
| 8/6/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 7/9/2018 | 507.00 | 0.00 | 507.00 | 236.79 | 270.21 | 5.00 | 8.09 | 33 | 8/9/2018 | 19,060.05 | 1259226 | 19992 | | 8/6/2018 |
| 7/24/2018 | Late Fee Assessment | (5.00) | 7/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.19 | | 7/9/2018 | 19,296.84 | 0 | 0 | | 7/24/2018 |
| 7/4/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 6/9/2018 | 507.00 | 0.00 | 507.00 | 15.32 | 491.68 | 5.00 | 8.19 | 60 | 7/9/2018 | 19,296.84 | 1190587 | 19992 | | 7/4/2018 |
| 6/24/2018 | Late Fee Assessment | (5.00) | 6/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.19 | | 6/9/2018 | 19,312.16 | 0 | 0 | | 6/24/2018 |
| 5/5/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 507.00 | 5/9/2018 | 507.00 | 0.00 | 507.00 | 414.92 | 92.08 | 0.00 | 8.19 | 11 | 6/9/2018 | 19,312.16 | 1078131 | 19992 | | 5/5/2018 |
| 4/24/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 507.00 | 4/9/2018 | 507.00 | 0.00 | 507.00 | 345.17 | 161.83 | 0.00 | 8.37 | 19 | 5/9/2018 | 19,727.08 | 1056815 | 19992 | | 4/24/2018 |
| 4/5/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 3/9/2018 | 507.00 | 0.00 | 507.00 | 248.32 | 258.68 | 5.00 | 8.57 | 30 | 4/9/2018 | 20,072.25 | 1024160 | 19992 | | 4/5/2018 |
| 3/24/2018 | Late Fee Assessment | (5.00) | 3/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.67 | | 3/9/2018 | 20,320.57 | 0 | 0 | | 3/24/2018 |
| 3/6/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 2/9/2018 | 507.00 | 0.00 | 507.00 | 253.82 | 253.18 | 5.00 | 8.67 | 29 | 3/9/2018 | 20,320.57 | 973843 | 19992 | | 3/6/2018 |
| 2/24/2018 | Late Fee Assessment | (5.00) | 2/9/2018 | 507.00 | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.73 | | 2/9/2018 | 20,574.39 | 0 | 0 | | 2/24/2018 |
| 2/5/2018 | Normal Payment–GO ONE TIME ACH PAYMENT | 512.00 | 1/9/2018 | 507.00 | 0.00 | 507.00 | 285.72 | 221.28 | 5.00 | 8.73 | 25 | 2/9/2018 | 20,574.39 | 923193 | 19992 | | 2/5/2018 |

| Date | Amount | Description | Date | Amount | Amount | Amount | Amount | Amount | Amount | Num | Date | Balance | Ref | Code | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2018 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 12/9/2017 | 507.00 | 0.00 | 507.00 | -149.25 | 357.75 | 0.00 | 8.85 | 36 | 1/9/2018 | 20,860.11 | 884606 | 19992 | 1/11/2018 |
| 12/24/2017 | (5.00) | Late Fee Assessment | 12/9/2017 | | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.91 | | 12/9/2017 | 21,009.36 | 0 | 19992 | 12/24/2017 |
| 12/6/2017 | 512.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 11/9/2017 | 507.00 | 0.00 | 507.00 | 0.00 | 507.00 | 5.00 | 8.91 | 61 | 12/9/2017 | 21,009.36 | 834488 | 19992 | 12/6/2017 |
| 11/24/2017 | (5.00) | Late Fee Assessment | 11/9/2017 | | 0.00 | 507.00 | 0.00 | 0.00 | (5.00) | 8.91 | | 11/9/2017 | 21,009.36 | 0 | 19992 | 11/24/2017 |
| 10/6/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 10/9/2017 | 507.00 | 0.00 | 507.00 | 281.15 | 225.85 | 0.00 | 8.91 | 25 | 11/9/2017 | 21,009.36 | 752168 | 19992 | 10/6/2017 |
| 9/11/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 9/9/2017 | 507.00 | 0.00 | 507.00 | 188.01 | 318.99 | 0.00 | 9.03 | 35 | 10/9/2017 | 21,290.51 | 718760 | 19992 | 9/11/2017 |
| 8/7/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 8/9/2017 | 507.00 | 0.00 | 507.00 | 221.55 | 285.45 | 0.00 | 9.11 | 31 | 9/9/2017 | 21,478.52 | 677116 | 19992 | 8/7/2017 |
| 7/7/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 7/9/2017 | 507.00 | 0.00 | 507.00 | 237.05 | 269.95 | 0.00 | 9.21 | 29 | 8/9/2017 | 21,700.07 | 639999 | 19992 | 7/7/2017 |
| 6/8/2017 | 507.00 | Normal Payment--GO AUTO PAY | 6/9/2017 | 507.00 | 0.00 | 507.00 | 55.84 | 451.16 | 0.00 | 9.31 | 30 | 7/9/2017 | 21,937.12 | 605599 | 19992 | 6/9/2017 |
| 5/9/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 5/9/2017 | 507.00 | 0.00 | 507.00 | 0.00 | 507.00 | 0.00 | 9.33 | 32 | 6/9/2017 | 21,992.96 | 571487 | 19992 | 5/9/2017 |
| 4/7/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 4/9/2017 | 507.00 | 0.00 | 507.00 | 0.00 | 507.00 | 0.00 | 9.33 | 95 | 5/9/2017 | 21,992.96 | 536579 | 19992 | 4/7/2017 |
| 1/2/2017 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 3/9/2017 | 507.00 | 0.00 | 507.00 | 271.44 | 235.56 | 0.00 | 9.33 | 25 | 4/9/2017 | 21,992.96 | 434591 | 19992 | 1/2/2017 |
| 12/8/2016 | 507.00 | Normal Payment--GO AUTO PAY | 2/9/2017 | 507.00 | 0.00 | 507.00 | 487.74 | 19.26 | 0.00 | 9.42 | 2 | 3/9/2017 | 22,264.40 | 410524 | 19992 | 12/9/2016 |
| 12/6/2016 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 1/9/2017 | 507.00 | 0.00 | 507.00 | 234.64 | 272.36 | 0.00 | 9.63 | 28 | 2/9/2017 | 22,752.14 | 408263 | 19992 | 12/6/2016 |
| 11/6/2016 | 507.00 | Normal Payment--GO AUTO PAY | 12/9/2016 | 507.00 | 0.00 | 507.00 | 497.06 | 9.94 | 0.00 | 9.73 | 1 | 1/9/2017 | 22,986.78 | 380604 | 19992 | 11/9/2016 |
| 11/7/2016 | 507.00 | Normal Payment--GO ONE TIME ACH PAYMENT | 12/9/2016 | 507.00 | 0.00 | 507.00 | 226.07 | 280.93 | 0.00 | 9.94 | | 12/9/2016 | 23,483.84 | 379332 | 19992 | 11/7/2016 |